# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 594 |
| | : | |
| APPOINTMENTS TO INVESTMENT | : | JUDICIAL ADMINISTRATION DOCKET |
| ADVISORY BOARD | : | |

## ORDER

**PER CURIAM**

      **AND NOW**, this 1st day of May, 2023, pursuant to Rule 1905(a) of the Pennsylvania Rules of Judicial Administration, the following individuals are hereby appointed as members of the Investment Advisory Board to serve at the pleasure of the Court:

      Warner N. Macklin, III, Allegheny County

      Wayne M. Pecht, Esq., Cumberland County

      Victoria A. Reider, Esq., Dauphin County